DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HENRY KARP** d/b/a **HENRY AND CO.,**
Appellant,

v.

**MARSHALL WEINBERG** and **REBECCA WEINBERG,**
Appellee.

No. 4D21-521

[June 17, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jackie Powell, Judge; L.T. Case No. CACE20006109, COSO18-006124.

Connis O. Brown, III, Seth P. Robert, and Kelly L. Frecker of Brown Robert LLP, Fort Lauderdale, for appellant.

Meredith Silver and Gary S. Phillips of Phillips, Cantor & Shalek, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ, and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***